NO. SCWC-29799

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

―――――――――――――――――――――――――――――――――――

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

RAYMOND L. FOSTER, also known as "RAY,"
Petitioner/Defendant-Appellee.

―――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29799; CR. NO. 06-1-0449(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Lee, in place of Duffy, J., recused)

Petitioner/Defendant-Appellee's application for writ of certiorari filed on February 8, 2012, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, March 22, 2012.

Cynthia A. Kagiwada for          /s/ Mark E. Recktenwald
petitioner/defendant-
appellee on the application      /s/ Paula A. Nakayama

Renee Ishikawa Delizo,           /s/ Simeon R. Acoba, Jr.
Deputy Prosecuting Attorney,
County of Maui, for              /s/ Sabrina S. McKenna
respondent/plaintiff-
appellant on the response        /s/ Randal K.O. Lee

